# United States Court of Appeals for the Fifth Circuit

No. 23-30336

United States Court of Appeals
Fifth Circuit
**FILED**
September 9, 2026
Lyle W. Cayce
Clerk

Plaquemines Parish,

*Plaintiff—Appellee*,

Louisiana State, *Ex Rel* Elizabeth B. Murrill; Louisiana State, *Through Louisiana Department of Natural Resources, Office of Management, Dustin Davidson, Secretary*,

*Intervenor Plaintiffs—Appellees*,

*versus*

Chevron USA Holdings, Incorporated, Named *as Successor in Interest to* Texaco E & P, Incorporated and Texaco, Incorporated; Chevron USA, Incorporated, Named *as Successor in Interest to* The California *Company*; Texas Company; Atlantic Richfield Company, *Named as Successor in Interest to Arco Oil and Gas Company Division of Atlantic Richfield Company*,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5189

## ON PETITION FOR REHEARING EN BANC

Before Elrod, *Chief Judge,* Clement and Oldham, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.